# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY E. RONQUILLO, | Case No. 1:20-cv-00248-DAD-SAB |
| Plaintiff, | ORDER VACATING ALL DATES AND MATTERS AND REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS WITHIN SIXTY DAYS |
| v. | |
| UNIVERSAL RECOVERY CORPORATION, | (ECF No. 13) |
| Defendant. | |

On September 29, 2020, Becky E. Ronquillo ("Plaintiff") filed a notice that this matter has settled and requests sixty days in which to file dispositive documents. (ECF No. 13.) The filing also states that the parties "request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement." (Id.) The Court retains jurisdiction until the matter is closed and will thus have jurisdiction over the period of time while the parties complete the settlement and until the Court enters a stipulation of dismissal. However, it is rare for the Court to retain jurisdiction following the dismissal of the action absent demonstrable need and good cause to do so. At the time the parties file a stipulation of dismissal, if the parties wish the Court to retain jurisdiction, they may file a joint report explaining why the Court should retain jurisdiction to enforce the terms of the settlement agreement and how long the Court would be expected to retain jurisdiction.

///

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are vacated; and
2. Plaintiff shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **September 30, 2020**

UNITED STATES MAGISTRATE JUDGE